AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:10-cv-11041-PJD-MJH
Hon. Patrick J Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Hartley Chris

Date of Service:   3-17-2010

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify):   Certified Mail - Return Receipt Requested on Registered Agent.

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Barbara Elvin

Signature of Server:   [signature]

Date:   3/17/2010

Server's Address:   9459 Lapeer Rd.
Davison, MI 48423