AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | MICHIGAN |

MICHAEL BOMMARITO,
Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

RICHARD J. BOUDREAU & ASSOCIATES, LLC &
PAUL BOUCHARD
Defendants

Case Number: 10-11041

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the Plaintiff take nothing, that the action be dismissed on the merits and that the Defendants recover of the Plaintiff their costs of action.

December 14, 2010
Date

DAVID J. WEAVER
Clerk

(By) Deputy Clerk
s/Marilyn Orem